ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JEAN M. TURK
Special Assistant United States Attorney (#131317)
   333 Market Street, Suite 1500
   San Francisco, California 94105
   Tel: (415) 977-8935
   Fax: (415) 744-0134
   E-Mail: jean.turk@ssa.gov
Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CAROL PEREZ, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, Commissioner of Social Security Administration, <br><br> Defendant. | EDCV 09-1837 OP <br><br> **JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

DATED: 4/5/10

HON. OSWALD PARADA
UNITED STATES MAGISTRATE JUDGE